# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA SMITH, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br>vs.<br><br>APRIA HEALTHCARE LLC,<br><br>   Defendant. | Case No. 1:23-cv-01003-RLY-KMB |
| ROBERT N. HERRERA, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>vs.<br><br>APRIA HEALTHCARE LLC,<br><br>   Defendant. | Case No. 1:23-cv-01031-RLY-KMB |
| SUZANNE CUYLE, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>vs.<br><br>APRIA HEALTHCARE LLC,<br><br>   Defendant. | Case No. 1:23-cv-01042-TWP-MKK |

## PLAINTIFF HERRERA'S NOTICE OF FILING OF MOTION TO CONSOLIDATE ACTIONS AND SET SCHEDULING DEADLINES

**TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 16, 2023, Counsel for Plaintiff *Lisa Smith* caused to be filed (along with counsel for all Parties in the Related Actions— *Robert N. Herrera vs. Apria Healthcare LLC*, No. 1:23-cv-01031-RLY-KMB, and *Suzanne Cuyle vs. Apria Healthcare LLC*, No. 1:23-cv-01042-TWP-MKK) a Motion to Consolidate Actions and Set Scheduling Deadlines pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 42-1 with Memorandum in Support of the same, filed in the *Smith* Docket at ECF Nos. 9 and 10.

Dated: June 16, 2023

By: /s/M. Anderson Berry
M. Anderson Berry (*pro hac vice*)
Gregory Haroutunian (*pro hac vice* forthcoming)
Brandon P. Jack (*pro hac vice* forthcoming)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
Email: aberry@justice4you.com
Email: gharoutunian@justice4you.com
Email: bjack@justice4you.com

Jason Wucetich (*pro hac vice* forthcoming)
**WUCETICH & KOROVILAS LLP**
222 N. Pacific Coast Highway, Suite 2000
El Segundo, CA 90245
Telephone: (310) 335-2001
Facsimile: (310) 364-5201
Email: jason@wukowlaw.com

*Attorneys for Plaintiff Robert N. Herrera and the Proposed Class*