**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

| | |
|---|---|
| ROBERT N. HERRERA | ) |
|     Plaintiff(s), | ) |
| | ) |
| vs. | ) CASE NO. 1:23−cv−01031−JMS−KMB |
| | ) |
| APRIA HEALTHCARE LLC | ) |
|     Defendant(s) | ) |

## ORDER REASSIGNING RELATED CASE

    Pursuant to Local Rule 40−1(e) of the Southern District of Indiana, the clerk is directed to reassign this case to Judge James P. Hanlon for all further proceedings.

DATE: June 29, 2023
    s/ Judge Jane Magnus−Stinson
    United States District Court
    Southern District of Indiana